IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GRACIE FAYE HARRIS FINLEY**             **PLAINTIFF**

v.             CAUSE NO. 1:25CV335-LG-BWR

**AMERICREDIT FINANCIAL
SERVICES, INC.,** doing business
as GM Financial, and
**GULFPORT CAPITAL, LLC,**
doing business as Champion
**Chrysler Dodge Jeep Ram**             **DEFENDANTS**

## FINAL JUDGMENT

For the reasons set forth in the Order Granting Defendants' Motions and Denying Plaintiffs' Motions, which is entered herewith, this Court finds that all of Plaintiffs' claims must be submitted to arbitration.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 30th day of December, 2025.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE